Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

   Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed   ☐ Lodged: (**List Documents**)

**Reason:**

☐   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated: _____

☐   Other:

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*