1  GABRIEL H. AVINA (State Bar No. 216099)
   gabriel@avinalaw.com
2  SAMANTHA H. KIM (State Bar No. 282820)
   Samantha.hm.kim@gmail.com
3  LAW OFFICES OF GABRIEL H. AVINA
   3781 Cimarron Street
4  Los Angeles, California 90018
   Telephone: (323) 299-1664 / Facsimile: (323) 315-5227
5

6  Attorney for Plaintiff
7  SUSAN RUSH

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 SUSAN RUSH, an individual,

12        Plaintiff,                    Case No.: 2:15-CV-01304-DSF-MAN

13    vs.                               DECLARATION OF GABRIEL H.
                                        AVINA IN SUPPORT OF
14 SANTA MONICA POLICE OFFICER          PLAINTIFF'S OPPOSITION TO
   ROBERT FUJITA #3338; SANTA           DEFENDANTS' MOTION FOR
15 MONICA POLICE OFFICER L. LOPEZ       SUMMARY JUDGMENT OR
   #3805; CITY OF SANTA MONICA;         ALTERNATIVELY SUMMARY
16 AND DOES 1 THROUGH 50,               ADJUDICATION
17 INCLUSIVE,
                                        DATE:    November 16, 2015
18        Defendants.                   TIME:    1:30 p.m.
                                        PLACE:   Courtroom 840
19
                                        [Filed concurrently with Plaintiff's
20                                      Opposition to Motion for Summary
                                        Judgment or Alternatively Summary
21                                      Adjudication, Plaintiff's Statement of
                                        Genuine Disputes of Material Fact,
22                                      Index to Exhibits]

23                                      PTC:         January 25, 2016
                                        Trial Date:  February 23, 2016
24

25

26

27

28

---

DECLARATION OF GABRIEL H. AVINA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OR ALTENATIVELY SUMMARY ADJUDICATION

-1-

TO:   The Clerk of the Above-Entitled Court and to the defendants and their Attorneys of Record:

I, Gabriel H. Avina, declare as follows:

1.   I am an attorney, duly licensed to practice law before all of the courts in the State of California, and I am the principal attorney at the Law Offices of Gabriel H. Avina, attorneys of record for Plaintiff in this action.

2.   This declaration is made in connection with Plaintiff's Opposition to Defendants' Motion for Summary Judgment Alternatively for Partial Summary Judgment, in the civil action entitled Susan Rush v. Santa Monica Police Officer Robert Fujita, el al., bearing the case number 2:15-CV01304-DSF-MAN.

3.   I state the following facts from my personal knowledge, except those facts stated on information and belief which I believe to be true, and if called as a witness I could and would competently testify thereto under oath.

4.   Attached to the Index of Supporting Evidence as Exhibit "F" is the Declaration of Susan Rush.

5.   Attached to the Index of Supporting Evidence as Exhibit "G" is a true and correct copy of the relevant portions of the transcript of the deposition of Defendant Susan Rush, which was taken on September 2, 2015 in connection with this matter.

6.   Attached to the Index of Supporting Evidence as Exhibit "H" is a true and correct copy of the relevant portions of the transcript of the deposition of Defendant Officer Lizette Lopez, which was taken on August 19, 2015 in connection with this matter.

7. Attached to the Index of Supporting Evidence as Exhibit "I" is a true and correct copy of the incident report, dated March 29, 2014, and written by Defendant Officer Lizette Lopez which was provided by Defense counsel in connection with this matter.

8. Attached to the Index of Supporting Evidence as Exhibit "J" is a true and correct copy of Defendant Officer Fujita handcuffing Ms. Rush, which was taken on March 29, 2014 in connection with this matter.

9. Attached to the Index of Supporting Evidence as Exhibit "K" is a true and correct copy of the In-car video and audio recording of Defendant Fujita

Dated: October 26, 2015.    Respectfully submitted,

                              /s/
                          Gabriel H. Avina
                          Attorney for Plaintiff

DECLARATION OF GABRIEL H. AVINA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTENATIVELY SUMMARY ADJUDICATION

-3-