GABRIEL H. AVINA (State Bar No. 216099)
gabriel@avinalaw.com
SAMANTHA H. KIM (State Bar No. 282820)
Samantha.hm.kim@gmail.com
LAW OFFICES OF GABRIEL H. AVINA
3781 Cimarron Street
Los Angeles, California 90018
Telephone: (323) 299-1664 / Facsimile: (323) 315-5227

Attorney for Plaintiff
SUSAN RUSH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RUSH, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SANTA MONICA POLICE OFFICER ROBERT FUJITA #3338; SANTA MONICA POLICE OFFICER L. LOPEZ #3805; CITY OF SANTA MONICA; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:15-CV-01304-DSF-MAN<br><br>INDEX TO EVIDENCE SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION<br><br>DATE:　November 16, 2015<br>TIME:　1:30 p.m.<br>PLACE:　Courtroom 840<br><br>[Filed concurrently with Plaintiff's Opposition to Motion for Summary Judgment or Alternatively Summary Adjudication, Plaintiff's Statement of Genuine Disputes of Material Fact, Declaration of Gabriel H. Avina]<br><br>PTC:　　　　January 25, 2016<br>Trial Date:　February 23, 2016 |

　　　TO:　The Clerk of the Above-Entitled Court and to the defendants and their Attorneys of Record:

　　　PLAINTIFF, through counsel of record, submits the following Index to the evidence submitted in support of the Opposition to the defendants' Motion for

1 | Summary Judgment or Alternatively Summary Adjudication.
2 |
3 |
4 | Dated: October 26, 2015.  Respectfully submitted,
5 |                                           /s/
6 |                                   Gabriel H. Avina
                                  Attorney for Plaintiff Susan Rush

INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY AJUDICATION

**Exhibits**

*Exhibit*

1. Declaration of Susan Rush……………..…………………F

2. Relevant portions of Deposition Transcript of Plaintiff
    Susan Rush…………………………………...………….G

3. Relevant portions of Deposition Transcript of Defendant
    Officer Lizette Lopez…….…………………………….…..H

4. Supplemental Incident Report by Defendant Officer Lizette
    Lopez ……………………...………………………………… I

5. Video Recording of Defendant Officer Fujita Handcuffing
    Ms. Rush Recorded From Ms. Rush's iphone…………….…….J

6.   In-car video and audio recording of Defendant Fujita……………..K

Dated: October 26, 2015.       Respectfully submitted,
                                /s/
                               Gabriel H. Avina
                               Attorney for Plaintiff

INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY AJUDICATION

-3-