# SANTA MONICA POLICE DEPAR~ENT
# SUPPLEMENTAL REPORT

INCIDENT#: **140039892**

**REPORT DATE: 03/29/2014**

REPORTING OFFICER: **3805 - LOPEZ, LIZETTE**
SUPERVISOR REVIEW: **3610 - CORTEZ, JOSEPH**



PLAINTIFF'S
EXHIBIT
2
LOPEZ

Page 1 of 2

On 03-29-2014, I, Officer L. Lopez #3805, was working day shift patrol (1L11) in uniform and in a maked police vehicle. At approximately 1804 hours, I was driving southbound on the 1400 block of 11th Street when I observed a male black in his teens with a small brown afro wearing a burgundy t-shirt, khaki shorts, and grey nike sandals with black socks peeking through and putting his hands through a broken window. I could see two other windows were broken at the 1032 Broadway location. I observed three other male black juveniles with the aforementioned juvenile. I did not witness anyone break the glass.

I conducted a pedestrian stop on the corner of 11th/Broadway (DR#14-39890) to speak to the first juvenile, later identified as Justin Johnson DOB 10-17-1999. At approximately 1807 hours, I upgraded my call to a vandalism report and placed myself out with four juveniles. Dispatch sent me a unit to assist me (3L21- Officer R. Fujita #3338). While Officer Fujita arrived, I asked the four juveniles to have a seat on the curb for my safety while I conducted a vandalism investigation. The juveniles complied and cooperated with my requests. Officer Fujita arrived as I was completing Field Interview (FI) cards on the juveniles.

I notified Officer Fujita that I did not witness the juveniles break the glass but that I did observe Johnson around the immediate area of the broken window. I advised Officer Fujita that I did not believe the juveniles either vandalized or burglarized the property but I wanted to complete FI cards to document there presence in the immediate area. Officer Fujita stood to the west of the juveniles while I stood to the ist of the juveniles who were seated on the south curb of the 1000 block of Broadway.

While completing the FI cards, I felt someone come close to me and saw that person out of the corner of my left peripheral. The subject, later identified as S-1 Susan Marie Rush, sat directly next to the juvenile who was approximately one foot away from me. Rush was seated directly in front of me as I asked her who she was and what she was doing. Rush ignored me and asked the juvenile next to her if he was okay. Again, I asked her who she was and what she was doing. Rush stated she was driving and saw officers harrassing the juveniles so she wanted to make sure they were fine. I told her they were fine and that she had no business impeding my investigation. Rush told me she had a right to know what was going on. I informed Rush she did not have a right to know and that she needed to get up and leave. Rush ignored my request and further stated that she had a son approximately the juveniles' age and that she had a right to know if we were harrassing them. Officer Fujita also told her she needed to go away otherwise she would be arrested for interferring with a police investigation. Rush stood up from the curb but kept insisting she had a right to know what we were doing. Officer Fujita once again advised Rush to move along of be subject to arrest for interferring with police. Rush did not comply and stood there. Officer Fujita placed Rush in a rear double wing control hold. Rush began to resist by attempting to break free from Officer Fujita's hold. As Officer Fujita was trying to maintain control of Rush, I attempted to handcuff her. Rush managed to free her left arm and was flailing her arms around. Officer Fujita regained control of both her arms with a rear shoulder hold and placed her in a prone position on the floor. I handcuffed her as she attempted to move away from our control. Rush was yelling complaining of not being able to breath but she was able to speak. Officer Fujita had his left knee on her back to control her. I had my left knee on her right thigh to keep her from thrashing around the floor and kicking us.

While out in the field, Rush refused medical treatment for her complaints of pain. I transported Rush to the Santa Monica Jail. Sgt. J. Glaser #3485 was on scene at the jail. During the booking process, Rush






# SANTA MONICA POLICE DEPARTMENT
INCIDENT#: **140039892**

# SUPPLEMENTAL REPORT

REPORT DATE: **03/29/2014**

REPORTING OFFICER: **3805 - LOPEZ, LIZETTE**
SUPERVISOR REVIEW: **3610 - CORTEZ, JOSEPH**

**Page 2 of 2**

---

fainted and fell back, her back landing on my left knee. Rush stated she had not eaten and passed out from the hunger and the physical struggle we had out in the field. Sgt. Glaser asked her once again if she wanted medical treatment which she agreed to. Prior to transporting her to the Santa Monica Hospital, Forensics Specialist, Mathew Smith #3801 took digital photographs of Rush.

Rush was transported to Santa Monica/UCLA Hospital where she was treated and medically cleared to be okay to book at our jail. Dr. L. Halem was her attending doctor (MRN #3153306). My entire transport from the field to the jail and the jail to the hospital were captured on my in car camera system assigned to shop #20151.

For further information see Officer Fujita's original report (DR#14-39892).