Name: Gabriel Avina (SBN: 216099)
Address: 3781 Cimarron St.
L.A. CA 90018
Phone: 323-299-1664
Fax: 323-315-5227
~~In Pro Per~~

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Susan Rush

Plaintiff

v.

Robert Fujitos, et al

Defendant(s).

CASE NUMBER:

2:15-CV-01304-DSF-MAN

DVD of Exhibit J and K [filed manually with Opp. to MSJ]

(Enter document title in the space provided above)

DVD of Plaintiff's Exhibit J and K in support of opposition to Defendant's Motion for Summary Judgment.

LODGED
CLERK, U.S. DISTRICT COURT
OCT 26
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT