GABRIEL H. AVINA (State Bar No. 216099)
gabriel@avinalaw.com
SAMANTHA H. KIM (State Bar No. 282820)
Samantha.hm.kim@gmail.com
LAW OFFICES OF GABRIEL H. AVINA
3781 Cimarron Street
Los Angeles, California 90018
Telephone: (323) 299-1664 / Facsimile: (323) 315-5227

Attorney for Plaintiff
SUSAN RUSH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RUSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA MONICA POLICE OFFICER ROBERT FUJITA #3338; SANTA MONICA POLICE OFFICER L. LOPEZ #3805; CITY OF SANTA MONICA; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No.: 2:15-CV-01304-DSF-MAN<br><br>NOTICE OF SUPPLEMENTAL FILING OF **CORRECTED EXHIBIT G** TO PLAINTIFF'S INDEX TO EVIDENCE SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>DATE:   November 16, 2015<br>TIME:   1:30 p.m.<br>PLACE: Courtroom 840<br><br>[Filed concurrently with Plaintiff's Opposition to Motion for Summary Judgment or Alternatively Summary Adjudication, Plaintiff's Statement of Genuine Disputes of Material Fact, Declaration of Gabriel H. Avina]<br><br>PTC:         January 25, 2016<br>Trial Date:  February 23, 2016 |

   TO:  The Clerk of the Above-Entitled Court and to the defendants and their Attorneys of Record:

   PLAINTIFF, through counsel of record, submits the following Exhibit G to

NOTICE OF SUPPLEMENTAL FILING OF EXHIBIT G TO INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S OPPOSIITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
-1-

1  Plaintiff's Index of Exhibits in support of Plaintiff's Opposition to Defendants'
2  Motion for Summary Judgment.  The attached Exhibit G has been corrected to
3  reflect the underlined portions that Plaintiff's Opposition to Defendants' Motion
4  for Summary Judgment refers to.

7  Dated: October 29, 2015.         Respectfully submitted,
8                                                        /s/
                                                  Gabriel H. Avina
9                                                 Attorney for Plaintiff Susan Rush