SUSAN RUSH - 9/2/2015

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

# ORIGINAL

SUSAN RUSH, an individual,  ) Case No. 2:2015-CV-01304
                            )
          Plaintiff,        )
                            )
v.                          )
                            )
SANTA MONICA POLICE         )
OFFICER ROBERT FUJITA       )
#3338; SANTA MONICA POLICE  )
OFFICER L. LOPEZ #3805;     )
CITY OF SANTA MONICA and    )
DOES 1 through 50,          )
inclusive,                  )
                            )
          Defendants.       )
_____ ) Pages 1 - 197


VIDEOTAPED DEPOSITION OF:

          SUSAN RUSH

          WEDNESDAY, SEPTEMBER 2, 2015

          10:35 A.M.


REPORTED BY:    c. jane harman

          CSR No. 5266

| | | |
|---|---|---|
| 1 | artworks published.  I don't understand the | 11:10:42 |
| 2 | question. | 11:10:44 |
| 3 | Q.  I'm asking you if you are aware that he is | 11:10:44 |
| 4 | an artist that has actually displayed his items or | 11:10:47 |
| 5 | they're on Facebook and known -- and he's known by | 11:10:51 |
| 6 | his family as an artist? | 11:10:56 |
| 7 | MR. AVINA:  Objection.  Compound.  I | 11:10:58 |
| 8 | mean ... yeah. | 11:10:59 |
| 9 | BY MS. ROHR: | 11:11:00 |
| 10 | Q.  You can respond. | 11:11:01 |
| 11 | A.  I don't know that side of him, but he -- | 11:11:03 |
| 12 | Henry has said that he's very artistic. | 11:11:11 |
| 13 | Q.  On March 29th, 2014, do you recall what day | 11:11:32 |
| 14 | of the week that was? | 11:11:39 |
| 15 | A.  I don't remember exactly right now. | 11:11:41 |
| 16 | Q.  You do recall that that is the date that | 11:11:57 |
| 17 | you had contact with the Santa Monica Police | 11:12:00 |
| 18 | Department -- | 11:12:02 |
| 19 | A.  Yes. | 11:12:02 |
| 20 | Q.  -- officers; correct? | 11:12:03 |
| 21 | A.  And I believe it was the weekend.  I know | 11:12:06 |
| 22 | it was the weekend. | 11:12:08 |
| 23 | Q.  You said -- | 11:12:09 |
| 24 | A.  The weekend. | 11:12:10 |
| 25 | Q.  Do you recall if it was a Friday or a | 11:12:11 |

| | |
|---|---|
| 1   Saturday? | 11:12:14 |
| 2      A.   It was a Saturday or a Sunday.  I believe | 11:12:19 |
| 3   it was a Saturday. | 11:12:24 |
| 4      Q.   And earlier in the day before your contact | 11:12:32 |
| 5   with the Santa Monica Police Department officers, | 11:12:35 |
| 6   what had been your general activities? | 11:12:38 |
| 7      A.   I was at work at Yogitoes. | 11:12:41 |
| 8      Q.   At some point did you pick up your son and | 11:12:52 |
| 9   his friend Ali in your car? | 11:12:55 |
| 10      A.   Yes. | 11:12:58 |
| 11      Q.   And what time was that? | 11:12:59 |
| 12      A.   Approximately 5:30, five ... somewhere | 11:13:03 |
| 13   around there.  Maybe a little later. | 11:13:10 |
| 14      Q.   And where did you pick them up? | 11:13:15 |
| 15      A.   At a friend's, a mutual friend's house in | 11:13:18 |
| 16   Venice. | 11:13:26 |
| 17      Q.   And where were you intending to take them? | 11:13:27 |
| 18      A.   To get pizza. | 11:13:32 |
| 19      Q.   And where were you going to go? | 11:13:34 |
| 20      A.   It's called N.Y.& C in Santa Monica. | 11:13:37 |
| 21      Q.   And where was that located? | 11:13:44 |
| 22      A.   On Wilshire. | 11:13:48 |
| 23      Q.   How were you dressed when you picked them | 11:13:52 |
| 24   up? | 11:13:56 |
| 25      A.   How was I dressed?  I don't understand. | 11:13:57 |

| | | | |
|---|---|---|---|
| 1 | Q. | What clothing did you have on? | 11:13:59 |
| 2 | A. | I had on khakis and a light sweater and a | 11:14:03 |
| 3 | vest. | | 11:14:09 |
| 4 | Q. | That vest was black? | 11:14:13 |
| 5 | A. | Navy. | 11:14:15 |
| 6 | Q. | What was that vest made out of?  Was it | 11:14:17 |
| 7 | fuzzy on the ... the fuzzy material? | | 11:14:22 |
| 8 | A. | No, a light down.  J. Crew. | 11:14:27 |
| 9 | Q. | On your way to get pizza, did you drive on | 11:14:39 |
| 10 | Broadway? | | 11:14:44 |
| 11 | A. | No. | 11:14:47 |
| 12 | Q. | Did you drive on 11th Street? | 11:14:48 |
| 13 | A. | Yes. | 11:14:52 |
| 14 | Q. | What route did you take from picking them | 11:14:53 |
| 15 | up to go to NYC? | | 11:14:57 |
| 16 | A. | I don't remember exactly where I turned on | 11:15:06 |
| 17 | to 11th Street. | | 11:15:08 |
| 18 | Q. | What kind of car were you driving? | 11:15:10 |
| 19 | A. | A Jetta. | 11:15:12 |
| 20 | Q. | White? | 11:15:16 |
| 21 | A. | Yes. | 11:15:17 |
| 22 | Q. | Kind of a four by four? | 11:15:21 |
| 23 | A. | It's called a SportWagen. | 11:15:23 |
| 24 | Q. | At some point during your trip to go get | 11:15:31 |
| 25 | pizza did you note some activity wherein police | | 11:15:37 |

Case 2:15-cv-01304-DSF-MAN Document 44-1 Filed 07/29/15 Page 5 of 34 Page ID #:418

| | | |
|---|---|---|
| 1 | officers were talking to individuals? | 11:15:41 |
| 2 | A. No. | 11:15:45 |
| 3 | Q. Did you actually go get pizza? | 11:15:48 |
| 4 | A. No. | 11:15:51 |
| 5 | Q. And why didn't you go get pizza? | 11:15:51 |
| 6 | A. Because I saw some kids sitting on the curb | 11:15:55 |
| 7 | with police around them and I thought I might know | 11:16:01 |
| 8 | them. | 11:16:04 |
| 9 | Q. Where were you when you first saw kids | 11:16:05 |
| 10 | sitting on the curb and police around them? | 11:16:10 |
| 11 | A. On 11th Street. | 11:16:14 |
| 12 | Q. What direction were you going? | 11:16:16 |
| 13 | A. I was headed north to Wilshire. | 11:16:20 |
| 14 | Q. And how many kids did you see sitting on | 11:16:29 |
| 15 | the curb? | 11:16:34 |
| 16 | A. Four. | 11:16:35 |
| 17 | Q. What made you think that you might know | 11:16:40 |
| 18 | them? What was it about them that made you think | 11:16:42 |
| 19 | you did? | 11:16:46 |
| 20 | A. They just seemed familiar. | 11:16:49 |
| 21 | Q. Were they male or female? | 11:16:59 |
| 22 | A. Male. | 11:17:04 |
| 23 | Q. And when you saw -- strike that. | 11:17:05 |
| 24 | You said you saw police officers? | 11:17:14 |
| 25 | A. Yes. | 11:17:17 |

| | |
|---|---|
| 1    Q.  And how many did you see? | 11:17:18 |
| 2    A.  At least two.  There could have been more, | 11:17:20 |
| 3  I was -- I don't recall. | 11:17:24 |
| 4    Q.  And when you first saw the police officers, | 11:17:27 |
| 5  could you tell if they were male or female or both | 11:17:30 |
| 6  or neither? | 11:17:34 |
| 7    A.  When I first saw them? | 11:17:36 |
| 8    Q.  Yes. | 11:17:38 |
| 9    A.  I don't recall. | 11:17:39 |
| 10   Q.  They were in uniform? | 11:17:43 |
| 11   A.  Yes. | 11:17:45 |
| 12       And I saw the car, the police cars, so ... | 11:17:46 |
| 13   Q.  How many police cars did you see? | 11:17:49 |
| 14   A.  I believe there were at least two, I'm | 11:17:52 |
| 15  not -- | 11:17:54 |
| 16       MR. AVINA:  I'm sorry -- | 11:17:55 |
| 17       THE WITNESS:  -- sure. | 11:17:55 |
| 18       MR. AVINA:  -- object.  Ambiguous and | 11:17:57 |
| 19  compound as to time. | 11:18:00 |
| 20       MS. ROHR:  Well, I didn't ask time, I said | 11:18:02 |
| 21  how many. | 11:18:05 |
| 22       MR. AVINA:  Right.  It's ambiguous as to at | 11:18:05 |
| 23  what point on March 29th, 2014. | 11:18:08 |
| 24       MS. ROHR:  That wasn't my question. | 11:18:12 |
| 25       MR. AVINA:  Well, that's my objection. | 11:18:13 |

| | |
|---|---|
| 1 | A. Yes. | 11:19:16 |
| 2 | MR. AVINA: And my objection would be that | 11:19:16 |
| 3 | your question misstates the prior testimony. | 11:19:19 |
| 4 | Your first -- your initial question | 11:19:23 |
| 5 | around -- regarding whether there was police | 11:19:25 |
| 6 | officers didn't include with them. Your second time | 11:19:28 |
| 7 | you asked the question you're including that the | 11:19:31 |
| 8 | officers were with them and that's vague as to what | 11:19:34 |
| 9 | that means, how were they with them. | 11:19:37 |
| 10 | THE WITNESS: (Nods head.) | 11:19:40 |
| 11 | BY MS. ROHR: | 11:19:41 |
| 12 | Q. When you first saw the four kids, you | 11:19:41 |
| 13 | also saw two or more police officers in the same | 11:19:46 |
| 14 | vicinity; correct? | 11:19:50 |
| 15 | A. I remember seeing a police car or cars. I | 11:19:52 |
| 16 | didn't notice police officers next to the kids | 11:19:59 |
| 17 | initially. | 11:20:04 |
| 18 | Q. Okay. | 11:20:07 |
| 19 | Oh, I thought you said you saw officers in | 11:20:08 |
| 20 | uniform. | 11:20:12 |
| 21 | A. When I walked closer, I did. | 11:20:13 |
| 22 | Q. Let's go back to when you're driving. | 11:20:15 |
| 23 | You're driving in the car on 11th Street. | 11:20:17 |
| 24 | Had you reached Broadway yet when you saw the four | 11:20:21 |
| 25 | kids on the curb and the police cars? | 11:20:24 |

| | | |
|---|---|---|
| 1 | Q.  From where you parked the car, could you | 11:21:57 |
| 2 | from that exact spot -- could you still see the four | 11:21:59 |
| 3 | kids sitting on the curb? | 11:22:05 |
| 4 | A.  No, I don't believe so. | 11:22:09 |
| 5 | Q.  From that location where you parked the car | 11:22:14 |
| 6 | before you went anywhere, could you see police cars? | 11:22:19 |
| 7 | A.  I don't recall. | 11:22:27 |
| 8 | Q.  From that position that you parked the car, | 11:22:28 |
| 9 | before you left the parked car, could you see any | 11:22:32 |
| 10 | police officers? | 11:22:36 |
| 11 | A.  No. | 11:22:39 |
| 12 | Q.  Now, when you parked the car, your son was | 11:22:43 |
| 13 | in the car; correct? | 11:22:46 |
| 14 | A.  Correct. | 11:22:48 |
| 15 | Q.  And also Ali was in the car? | 11:22:49 |
| 16 | A.  Yes, Ali was in the car. | 11:22:52 |
| 17 | Q.  How old was Ali at that point in time? | 11:22:55 |
| 18 | A.  I believe they were both fifteen. | 11:22:58 |
| 19 | Q.  Did you tell them why you were parking the | 11:23:05 |
| 20 | car? | 11:23:09 |
| 21 | A.  Yes. | 11:23:10 |
| 22 | Q.  What did you tell them? | 11:23:11 |
| 23 | A.  I said, "I'm going to check on the kids, | 11:23:12 |
| 24 | I'll be right back." | 11:23:15 |
| 25 | Q.  Did they ask you why you were doing that? | 11:23:27 |

| | | |
|---|---|---|
| 1 | A.  I don't recall. | 11:27:31 |
| 2 | Q.  But you had noticed police cars already? | 11:27:32 |
| 3 | A.  Yes, yes. | 11:27:36 |
| 4 | Q.  When you were crossing the street as | 11:27:37 |
| 5 | pictured in the car video, did you have your cell | 11:27:40 |
| 6 | phone in your hand? | 11:27:45 |
| 7 | A.  Umm, I don't recall.  I had my keys.  I | 11:27:48 |
| 8 | don't know if it was my pocket or my hand. | 11:27:55 |
| 9 | Q.  You don't know if your cell phone was in | 11:27:58 |
| 10 | your pocket or your hand; is that correct? | 11:28:00 |
| 11 | A.  I believe -- yes, I don't recall. | 11:28:04 |
| 12 | Q.  And where were your keys? | 11:28:13 |
| 13 | A.  In my hand. | 11:28:16 |
| 14 | Q.  In which hand? | 11:28:18 |
| 15 | A.  I don't recall. | 11:28:20 |
| 16 | Q.  When you reached the corner of 11th and | 11:28:26 |
| 17 | Broadway, the corner where the kids were sitting on | 11:28:31 |
| 18 | the curb on Broadway, did you notice any police | 11:28:34 |
| 19 | officers in proximity to the four kids? | 11:28:40 |
| 20 | A.  Yes. | 11:28:45 |
| 21 | Q.  And where were they when you first noticed | 11:28:46 |
| 22 | the police officers? | 11:28:50 |
| 23 | A.  One was at the far end of where the kids | 11:28:52 |
| 24 | were sitting. | 11:28:57 |
| 25 | Q.  Was that a male or a female? | 11:29:00 |

| | | |
|---|---|---|
| 1 | A.   A female. | 11:29:02 |
| 2 | Q.   And did you see any other police officers? | 11:29:11 |
| 3 | A.   Yes. | 11:29:13 |
| 4 | Q.   How many? | 11:29:15 |
| 5 | A.   One. | 11:29:17 |
| 6 | Q.   And where was that police officer located? | 11:29:18 |
| 7 | A.   He was next to the building that -- on | 11:29:23 |
| 8 | Broadway. | 11:29:27 |
| 9 | Q.   Next to the building on Broadway? | 11:29:28 |
| 10 | A.   (Nods head.) | 11:29:31 |
| 11 | Q.   So he wasn't standing by the kids? | 11:29:33 |
| 12 | A.   No. | 11:29:41 |
| 13 | Q.   How far away from the kids was he? | 11:29:42 |
| 14 | A.   He was quite a few feet where -- a | 11:29:48 |
| 15 | building -- the building. | 11:29:58 |
| 16 | Q.   When you stepped up on the curb on the | 11:30:06 |
| 17 | corner of 11th and Broadway, how close was the | 11:30:10 |
| 18 | closest kid to you that was sitting on the curb on | 11:30:17 |
| 19 | Broadway? | 11:30:22 |
| 20 | A.   I don't understand what you meant by that. | 11:30:27 |
| 21 | Q.   You crossed the crosswalk; correct? | 11:30:32 |
| 22 | A.   Yes. | 11:30:34 |
| 23 | Q.   Did you step up on the curb? | 11:30:35 |
| 24 | A.   Yes. | 11:30:37 |
| 25 | Q.   When you stepped up on the curb on the | 11:30:38 |

| | |
|---|---|
| 1 | corner of 11th and Broadway, how close was the | 11:30:40 |
| 2 | closest kid that was sitting on the curb to you? | 11:30:45 |
| 3 | A. Just a few steps. | 11:30:51 |
| 4 | Q. Did you -- when you stepped up on the curb, | 11:30:59 |
| 5 | did you hear either of the police officers speaking | 11:31:04 |
| 6 | to anyone? | 11:31:07 |
| 7 | A. No. | 11:31:09 |
| 8 | Q. When you stepped up on the curb, did you | 11:31:10 |
| 9 | say anything to anyone? | 11:31:14 |
| 10 | A. To -- I asked one of -- the kid closest to | 11:31:19 |
| 11 | me if he could call his mom. | 11:31:24 |
| 12 | Q. You asked him if he could call his mom? | 11:31:27 |
| 13 | A. If he was able to call his mom. | 11:31:30 |
| 14 | Q. Did you ask the police officer if you could | 11:31:33 |
| 15 | speak to the children sitting on the curb? | 11:31:36 |
| 16 | A. No. | 11:31:42 |
| 17 | Q. Did you call him by name? | 11:31:56 |
| 18 | A. No. | 11:31:59 |
| 19 | Q. How close to the kid that you asked him if | 11:32:07 |
| 20 | he could call his mom was he to you when you asked | 11:32:13 |
| 21 | him that? | 11:32:16 |
| 22 | A. Fairly close. | 11:32:22 |
| 23 | Q. A foot? | 11:32:24 |
| 24 | A. Maybe. I don't recall. | 11:32:27 |
| 25 | Q. Did you sit down on the curb next to him? | 11:32:32 |

| | |
|---|---|
| 1 | A.  I don't recall. | 11:32:36 |
| 2 | Q.  Did he respond to your question? | 11:32:49 |
| 3 | A.  No. | 11:32:53 |
| 4 | Q.  At the point that you asked the first kid | 11:33:02 |
| 5 | closest to you if he could call his mom, did either | 11:33:06 |
| 6 | of the police officers say anything to you? | 11:33:10 |
| 7 | A.  No, I don't recall. | 11:33:16 |
| 8 | Q.  So everybody was quiet, meaning the four | 11:33:17 |
| 9 | kids, the two police officers, except you asking, | 11:33:28 |
| 10 | "Could you call your mom?" | 11:33:33 |
| 11 | Is that correct? | 11:33:35 |
| 12 | MR. AVINA:  Objection.  Misstates the | 11:33:36 |
| 13 | evidence.  Ambiguous as to time as well. | 11:33:38 |
| 14 | BY MS. ROHR: | 11:33:41 |
| 15 | Q.  We're at the same time when you just | 11:33:41 |
| 16 | stepped up on the curb. | 11:33:44 |
| 17 | Is that clear as to the time where we are? | 11:33:47 |
| 18 | A.  Yes. | 11:33:52 |
| 19 | Q.  Okay.  Were you confused as to the time? | 11:33:54 |
| 20 | A.  I'm not sure. | 11:34:02 |
| 21 | Q.  Well, your attorney's objection is | 11:34:04 |
| 22 | indicating he was, but -- | 11:34:08 |
| 23 | A.  You're saying after I asked the one kid if | 11:34:11 |
| 24 | he could call his mom, that's the time that you're | 11:34:15 |
| 25 | referring to? | 11:34:18 |

| | | |
|---|---|---|
| 1 | Q. Yes, that moment -- | 11:34:19 |
| 2 | A. Yes, that moment. | 11:34:20 |
| 3 | Q. -- when you made that statement, you were | 11:34:23 |
| 4 | the only one that spoke; correct? | 11:34:25 |
| 5 | A. Correct. | 11:34:29 |
| 6 | Q. None of the four kids were speaking; | 11:34:30 |
| 7 | correct? | 11:34:33 |
| 8 | A. Correct. | 11:34:33 |
| 9 | Q. And neither of the police officers said | 11:34:35 |
| 10 | anything; correct? | 11:34:38 |
| 11 | A. Correct. | 11:34:39 |
| 12 | Q. Then what took place after you asked the | 11:34:41 |
| 13 | first kid if he could call his mom? | 11:34:44 |
| 14 | A. I walked over to the police officer and | 11:34:50 |
| 15 | asked what was happening. | 11:34:56 |
| 16 | Q. Which police officer did you walk over to? | 11:35:01 |
| 17 | A. The male police officer. | 11:35:04 |
| 18 | Q. And where was he standing when you walked | 11:35:06 |
| 19 | up to him? | 11:35:09 |
| 20 | A. Next to the building. | 11:35:10 |
| 21 | Q. So he was still standing by the building? | 11:35:11 |
| 22 | A. Yes. | 11:35:14 |
| 23 | Q. And how many feet was he from -- strike | 11:35:16 |
| 24 | that. | 11:35:20 |
| 25 | How close was he to the building when you | 11:35:21 |

| | | |
|---|---|---|
| 1 | walked up to him? | 11:35:23 |
| 2 | A. Very close to it. | 11:35:25 |
| 3 | Q. Was his back against it? | 11:35:28 |
| 4 | A. I don't recall. | 11:35:31 |
| 5 | Q. But he was very close? | 11:35:32 |
| 6 | A. Yes. | 11:35:34 |
| 7 | Q. And you walked up to him and asked him, | 11:35:35 |
| 8 | "What's happening?" | 11:35:41 |
| 9 | A. Yes. | 11:35:42 |
| 10 | Q. Between the point that you had asked the | 11:35:44 |
| 11 | first kid on the curb if he could call his mom and | 11:35:48 |
| 12 | the point that you asked the male police officer | 11:35:53 |
| 13 | that was next to the building, "What's happening," | 11:35:58 |
| 14 | had anyone said anything? | 11:36:04 |
| 15 | A. No. | 11:36:06 |
| 16 | Q. When you walked up to the male officer next | 11:36:18 |
| 17 | to the building, did you stand at his side or did | 11:36:21 |
| 18 | you stand in front of him and look at his face or | 11:36:28 |
| 19 | did you walk to his other side? What position did | 11:36:31 |
| 20 | you put yourself in? | 11:36:34 |
| 21 | MR. AVINA: Objection. Compound. | 11:36:36 |
| 22 | BY MS. ROHR: | 11:36:37 |
| 23 | Q. You can respond. | 11:36:38 |
| 24 | A. I don't recall. | 11:36:40 |
| 25 | Q. You don't recall your positioning relative | 11:36:43 |

| | |
|---|---|
| 1 | to the male police officer that you walked up to; | 11:36:46 |
| 2 | correct? | 11:36:49 |
| 3 | A.  I was facing him because I was asking him a | 11:36:53 |
| 4 | question. | 11:36:56 |
| 5 | Q.  So you recall standing and looking at his | 11:36:56 |
| 6 | face? | 11:37:00 |
| 7 | A.  I'm sure I did see his face, yes. | 11:37:02 |
| 8 | Q.  And when you asked him, "What's happening," | 11:37:05 |
| 9 | did he respond? | 11:37:10 |
| 10 | A.  He did not answer my question. | 11:37:13 |
| 11 | Q.  Did he say anything after you said, "What's | 11:37:22 |
| 12 | happening?" | 11:37:28 |
| 13 | A.  I don't recall what he said exactly. | 11:37:33 |
| 14 | Q.  Did he say anything after you said, "What's | 11:37:36 |
| 15 | happening?"  Did you hear him speak? | 11:37:40 |
| 16 | A.  He said something, but I -- I don't recall. | 11:37:43 |
| 17 | Q.  And is it your belief that he said | 11:37:59 |
| 18 | something in response to your asking him, "What's | 11:38:03 |
| 19 | happening?" | 11:38:08 |
| 20 | A.  Well, he responded, but it wasn't -- it | 11:38:10 |
| 21 | didn't answer why they were there so I don't recall. | 11:38:15 |
| 22 | Q.  After you said, "What's happening" and the | 11:38:22 |
| 23 | male officer said something that you don't recall at | 11:38:25 |
| 24 | this point, what is the next thing that took place? | 11:38:29 |
| 25 | A.  I asked him for his name. | 11:38:34 |

| | | |
|---|---|---|
| 1 | Q.  At the point that you asked the male | 11:38:44 |
| 2 | officer for his name, where was the female officer | 11:38:47 |
| 3 | at that point? | 11:38:51 |
| 4 | A.  She was at the far end where the kids were | 11:38:53 |
| 5 | sitting. | 11:38:59 |
| 6 | Q.  Was she standing on the curb? | 11:39:00 |
| 7 | A.  Not on the curb, no. | 11:39:05 |
| 8 | Q.  Was she standing on the sidewalk? | 11:39:07 |
| 9 | A.  Yes. | 11:39:10 |
| 10 | Q.  And what was she doing?  Was she just | 11:39:13 |
| 11 | standing there? | 11:39:17 |
| 12 | A.  I believe so. | 11:39:18 |
| 13 | Q.  Did she have anything in her hand that you | 11:39:20 |
| 14 | recall? | 11:39:23 |
| 15 | A.  I don't recall. | 11:39:25 |
| 16 | Q.  Up until the point that you asked the male | 11:39:46 |
| 17 | police officer for his name, had any of the kids | 11:39:50 |
| 18 | said anything? | 11:39:54 |
| 19 | A.  No. | 11:39:57 |
| 20 | Q.  Up until the point that you asked the male | 11:39:57 |
| 21 | police officer for his name, had the female officer | 11:40:01 |
| 22 | said anything? | 11:40:04 |
| 23 | A.  No. | 11:40:06 |
| 24 | Q.  What's the next thing that took place after | 11:40:10 |
| 25 | you asked the male officer for his name? | 11:40:13 |

| | |
|---|---|
| 1 | A. He asked me if my phone was a weapon and if | 11:40:17 |
| 2 | I was filming him. | 11:40:24 |
| 3 | Q. Earlier when I asked you when you were | 11:40:39 |
| 4 | walking across the street if you had your cell phone | 11:40:43 |
| 5 | in your hand, I believe you said you thought it was | 11:40:46 |
| 6 | in your pocket. | 11:40:50 |
| 7 | Is that correct? | 11:40:51 |
| 8 | A. No. | 11:40:52 |
| 9 | Q. It wasn't in your pocket when you were | 11:40:53 |
| 10 | crossing the street? | 11:40:55 |
| 11 | A. I don't recall. | 11:40:56 |
| 12 | Q. So you don't recall whether it was in your | 11:40:57 |
| 13 | pocket or not; correct? | 11:41:00 |
| 14 | A. Correct. | 11:41:01 |
| 15 | Q. At some point do you recall taking your | 11:41:02 |
| 16 | cell phone out of your pocket? | 11:41:07 |
| 17 | A. No. | 11:41:09 |
| 18 | Q. When you -- at the point that you state the | 11:41:15 |
| 19 | male police officer asked you if your phone was a | 11:41:20 |
| 20 | weapon and if you were filming him, was your phone | 11:41:23 |
| 21 | in your hand? | 11:41:28 |
| 22 | A. Yes. | 11:41:30 |
| 23 | Q. Which hand? | 11:41:31 |
| 24 | A. I believe my right hand (indicating). | 11:41:33 |
| 25 | Q. Had you then put your keys into your | 11:41:36 |

| | |
|---|---|
| 1 | pocket? | 11:41:45 |
| 2 |     A.   I don't recall. | 11:41:45 |
| 3 |     Q.   At the point that you asked the male | 11:41:57 |
| 4 | officer if -- if your phone was a weapon, if you | 11:41:59 |
| 5 | were filming him [sic], was he still next to the | 11:42:03 |
| 6 | building? | 11:42:07 |
| 7 |     A.   Yes. | 11:42:08 |
| 8 |     Q.   What's the next thing that took place after | 11:42:12 |
| 9 | he asked you if your phone was a weapon and if you | 11:42:15 |
| 10 | were filming him? | 11:42:20 |
| 11 |     A.   He took my phone. | 11:42:21 |
| 12 |     Q.   He took it from your hand? | 11:42:24 |
| 13 |     A.   Yes. | 11:42:28 |
| 14 |     Q.   And you're standing there next to him and | 11:42:28 |
| 15 | he's next to the building; correct? | 11:42:31 |
| 16 |     A.   He -- yes.   I wouldn't say I'm next to him, | 11:42:35 |
| 17 | I had some distance from him. | 11:42:38 |
| 18 |     Q.   Approximately what was your distance from | 11:42:40 |
| 19 | had him? | 11:42:42 |
| 20 |     A.   (Moves chair.) | 11:42:45 |
| 21 |         At least this far. | 11:42:46 |
| 22 |     Q.   Approximately two to three feet? | 11:42:49 |
| 23 |         MR. AVINA:   Also indicate the video isn't | 11:42:51 |
| 24 | indicating as to what point, is she referring to me? | 11:42:56 |
| 25 |         Are you referring to me? | 11:42:57 |

| | | |
|---|---|---|
| 1 | THE WITNESS: Yes, because I was trying to | 11:42:59 |
| 2 | write his name (indicating). | 11:43:01 |
| 3 | BY MS. ROHR: | 11:43:03 |
| 4 | Q. Okay. My question was: At the point that | 11:43:04 |
| 5 | he took your phone from your hand, how far -- you | 11:43:08 |
| 6 | said you were trying to keep a distance. How far | 11:43:14 |
| 7 | were you from the male officer? | 11:43:17 |
| 8 | A. I would say at least this far -- as far as | 11:43:21 |
| 9 | I am from Gabriel or maybe farther -- | 11:43:24 |
| 10 | Q. So the -- | 11:43:28 |
| 11 | A. -- closer to the corner. | 11:43:29 |
| 12 | Q. You were closer to the corner? | 11:43:30 |
| 13 | A. Where my kids were. | 11:43:33 |
| 14 | MS. ROHR: Counsel, your client indicates | 11:43:36 |
| 15 | she was approximately the distance that she is from | 11:43:38 |
| 16 | you. I would estimate that to be two to three feet. | 11:43:41 |
| 17 | Do you agree? | 11:43:46 |
| 18 | MR. AVINA: Yes. | 11:43:47 |
| 19 | THE WITNESS: And it could have been | 11:43:48 |
| 20 | farther, I don't recall. | 11:43:50 |
| 21 | BY MS. ROHR: | 11:43:54 |
| 22 | Q. And so when you were standing in that | 11:43:54 |
| 23 | position, were you next to the building, also? | 11:44:01 |
| 24 | A. Was I next to the building? I don't know | 11:44:09 |
| 25 | what you mean. | 11:44:13 |

| | | |
|---|---|---|
| 1 | Q. You said the officer was next to a | 11:44:14 |
| 2 | building? | 11:44:16 |
| 3 | A. (Nods head.) | 11:44:17 |
| 4 | Q. So you indicated you were closer towards | 11:44:18 |
| 5 | the corner -- | 11:44:21 |
| 6 | A. Yes. | 11:44:22 |
| 7 | Q. -- towards 11th? | 11:44:23 |
| 8 | A. Yes. | 11:44:27 |
| 9 | Q. So were you also next to the building? | 11:44:28 |
| 10 | A. I was, I suppose, closer to the building | 11:44:31 |
| 11 | than the curb. I'm not sure. I don't recall. | 11:44:37 |
| 12 | Q. Were you between the officer and the four | 11:44:43 |
| 13 | kids sitting on the curb? | 11:44:48 |
| 14 | A. Between the officer ... no. | 11:44:51 |
| 15 | Q. Okay. The officer is against the building. | 11:44:55 |
| 16 | Was he standing behind where the four kids were on | 11:44:57 |
| 17 | the curb? | 11:45:02 |
| 18 | A. Behind, yes. | 11:45:03 |
| 19 | Q. Okay. You're talking with him. Are you | 11:45:03 |
| 20 | standing between him and the four kids when you're | 11:45:07 |
| 21 | talking to the male officer? | 11:45:11 |
| 22 | A. No, not between them. I was at the far end | 11:45:14 |
| 23 | of where the one kid I spoke to was sitting. | 11:45:18 |
| 24 | Q. So you were more towards 11th Street? | 11:45:24 |
| 25 | A. More towards the crosswalk. | 11:45:28 |

| | | |
|---|---|---|
| 1 | Q. So after he asked you if the phone was a | 11:45:33 |
| 2 | weapon and you were filming him, the next thing that | 11:45:39 |
| 3 | happened was he took the phone from your right hand? | 11:45:42 |
| 4 | A. Correct. Yes, I believe it was in my right | 11:45:45 |
| 5 | hand. | 11:45:50 |
| 6 | Q. And what did you do when he took the phone | 11:45:50 |
| 7 | from your hand? | 11:45:55 |
| 8 | A. I don't recall. Like I said, he took my | 11:46:01 |
| 9 | phone and I didn't know what was happening. | 11:46:06 |
| 10 | Q. You don't recall what you said, though? | 11:46:10 |
| 11 | A. Not exactly, no. | 11:46:13 |
| 12 | Q. We're entitled -- excuse me. | 11:46:16 |
| 13 | We're entitled to your best estimate and | 11:46:18 |
| 14 | recollection. It doesn't have to be exactly. Do | 11:46:22 |
| 15 | you have a recollection of what you said when he | 11:46:24 |
| 16 | took your phone? | 11:46:27 |
| 17 | A. I remember him -- I remember saying, "He | 11:46:29 |
| 18 | took my phone," just thinking out loud because | 11:46:32 |
| 19 | it ... | 11:46:36 |
| 20 | Q. You just indicated that you kept a distance | 11:46:41 |
| 21 | between yourself of two to three feet and the male | 11:46:45 |
| 22 | officer and that you were trying to write his name | 11:46:48 |
| 23 | on your hand? | 11:46:53 |
| 24 | A. No, in my notes on my phone. | 11:46:55 |
| 25 | Q. Oh, you had gone to notes in your phone and | 11:46:57 |

SUSAN ROSH 11/27/2015

Page 58

| # | | Time |
|---|---|------|
| 1 | him, were the kids still sitting on the curb? | 11:48:36 |
| 2 | A.  I believe so. | 11:48:42 |
| 3 | Q.  Were their backs still to you? | 11:48:44 |
| 4 | A.  I don't know. | 11:48:47 |
| 5 | Q.  After you said the words, "He took my | 11:48:47 |
| 6 | phone," did the female officer say anything? | 11:49:05 |
| 7 | A.  I believe she said, "He took your phone?" | 11:49:09 |
| 8 | Like a question. | 11:49:14 |
| 9 | Q.  And at the point the female officer said | 11:49:25 |
| 10 | that, you're still standing approximately two to | 11:49:28 |
| 11 | three feet from the male officer more towards the | 11:49:31 |
| 12 | crosswalk that goes across 11th. | 11:49:36 |
| 13 | Is that correct? | 11:49:42 |
| 14 | A.  I ... he walked away -- | 11:49:44 |
| 15 | Q.  At what point -- | 11:49:49 |
| 16 | A.  -- and I was standing there, yes. | 11:49:51 |
| 17 | Q.  At what point did he walk away? | 11:49:55 |
| 18 | A.  After he took my phone. | 11:49:57 |
| 19 | Q.  What direction did he walk in when he | 11:50:03 |
| 20 | walked away? | 11:50:06 |
| 21 | A.  He walked -- he was walking towards the | 11:50:08 |
| 22 | corner. | 11:50:12 |
| 23 | Q.  And you stood where you had been standing, | 11:50:22 |
| 24 | you remained there? | 11:50:25 |
| 25 | A.  I believe so, yes. | 11:50:26 |

| | | |
|---|---|---|
| 1 | Q. Did you watch him as he was walking away? | 11:50:30 |
| 2 | A. No. | 11:50:34 |
| 3 | Q. What did you focus on after you observed | 11:50:35 |
| 4 | him to walk away? | 11:50:40 |
| 5 | A. I looked to the female officer. | 11:50:42 |
| 6 | Q. You looked at her? | 11:50:46 |
| 7 | A. Yes. | 11:50:47 |
| 8 | Q. And what did you do? | 11:50:48 |
| 9 | A. I said, "He took my phone." | 11:50:50 |
| 10 | Q. Did you walk over towards her or were you | 11:50:53 |
| 11 | just standing there? | 11:50:55 |
| 12 | A. I was standing. | 11:50:57 |
| 13 | Q. And you said she responded, "He took your | 11:51:02 |
| 14 | phone," like a question? | 11:51:07 |
| 15 | A. Yes. | 11:51:08 |
| 16 | Q. And what's the next thing that took place? | 11:51:09 |
| 17 | A. She received a call or something, I assume. | 11:51:23 |
| 18 | I heard her say, "Oh, they're free to go." | 11:51:26 |
| 19 | (Indicating.) | |
| 20 | Q. When you say she received a call, you put | 11:51:36 |
| 21 | your hand up by your ear (indicating). Did she have | 11:51:40 |
| 22 | a phone in her hand or what was she talking on? | 11:51:43 |
| 23 | A. I don't -- I don't know. | 11:51:46 |
| 24 | Q. Well, how did you know she received a call? | 11:51:47 |
| 25 | A. It could have been an earpiece. I don't | 11:51:51 |

| | |
|---|---|
| 1 | know, I just remember her saying those words. | 11:51:53 |
| 2 |     Q.  And you believe she was saying those words | 11:51:59 |
| 3 | in response to receiving a call? | 11:52:03 |
| 4 |     A.  Yes. | 11:52:05 |
| 5 |     Q.  When she said they are free to go, was she | 11:52:05 |
| 6 | speaking into any type of microphone or device? | 11:52:13 |
| 7 |     A.  She must have been. | 11:52:20 |
| 8 |     Q.  Did you see one? | 11:52:22 |
| 9 |     A.  I don't recall. | 11:52:24 |
| 10 |     Q.  Was she standing in the same position that | 11:52:27 |
| 11 | you had seen her when you first crossed over to that | 11:52:30 |
| 12 | side of the street at the end of the four kids when | 11:52:34 |
| 13 | she said they are free to go? | 11:52:39 |
| 14 |     A.  Yes. | 11:52:42 |
| 15 |     Q.  What did you observe her do after she said | 11:52:46 |
| 16 | that? | 11:52:50 |
| 17 |     A.  She told them they could go. | 11:52:52 |
| 18 |     Q.  When she told them that they could go, was | 11:53:00 |
| 19 | she still standing on the sidewalk? | 11:53:06 |
| 20 |     A.  Yes. | 11:53:10 |
| 21 |     Q.  At the far end of the four boys that were | 11:53:12 |
| 22 | sitting on the curb; correct? | 11:53:16 |
| 23 |     A.  Correct. | 11:53:18 |
| 24 |     Q.  And you believe -- did she say, "Boys, | 11:53:22 |
| 25 | you're free to go," or what do you recall how she | 11:53:26 |

| | |
|---|---|
| 1 | communicated that to the four young men, boys, | 11:53:34 |
| 2 | juveniles that were sitting on the curb? | 11:53:38 |
| 3 | A. I believe she said, "You're free to go." | 11:53:41 |
| 4 | Q. Did you estimate the age of the four -- | 11:53:46 |
| 5 | we've been calling them boys, but they're more | 11:53:49 |
| 6 | teenager age -- about sixteen?  Fifteen or sixteen? | 11:53:54 |
| 7 | A. I thought they were about fifteen. | 11:54:00 |
| 8 | Q. So you just heard her announce to them, | 11:54:07 |
| 9 | "You're free to go"? | 11:54:10 |
| 10 | A. Yes. | 11:54:13 |
| 11 | Q. Were they looking at her when she said | 11:54:14 |
| 12 | that? | 11:54:18 |
| 13 | A. I don't recall. | 11:54:19 |
| 14 | Q. Did any of the four fifteen-year-olds say | 11:54:25 |
| 15 | anything to the female officer after she said, "You | 11:54:31 |
| 16 | are free to go"? | 11:54:35 |
| 17 | A. No, I didn't hear anything. | 11:54:40 |
| 18 | Q. At the point that the female officer said | 11:54:49 |
| 19 | to the four boys sitting on the curb, "You are free | 11:54:52 |
| 20 | to go" -- strike that. | 11:54:59 |
| 21 | When the female officer said to the four | 11:55:01 |
| 22 | boys, "You are free to go," were they still sitting | 11:55:04 |
| 23 | on the curb in the same position that you had seen | 11:55:07 |
| 24 | them sitting when you first walked up? | 11:55:10 |
| 25 | A. Yes, I believe so. | 11:55:13 |

| | | |
|---|---|---|
| 1 | Q.  At the point that the female officer said | 11:55:16 |
| 2 | to you -- excuse me. | 11:55:18 |
| 3 | At the point the female officer said to the | 11:55:22 |
| 4 | boys they are free to go, do you know where the male | 11:55:24 |
| 5 | officer was? | 11:55:27 |
| 6 | A.  No. | 11:55:29 |
| 7 | Q.  Did you observe the four boys to stand up | 11:55:33 |
| 8 | and leave? | 11:55:36 |
| 9 | A.  No. | 11:55:37 |
| 10 | Q.  What did you observe take place after the | 11:55:37 |
| 11 | female officer said to the four boys, "You are free | 11:55:41 |
| 12 | to go"? | 11:55:44 |
| 13 | A.  The male officer came back. | 11:55:46 |
| 14 | Q.  In what direction did he come from? | 11:55:54 |
| 15 | A.  From around the corner. | 11:55:56 |
| 16 | Q.  So he had gone around the corner? | 11:56:00 |
| 17 | A.  I believe so. | 11:56:03 |
| 18 | Q.  Did you see him walk around the corner? | 11:56:05 |
| 19 | A.  No. | 11:56:09 |
| 20 | Q.  And when you say "around the corner," that | 11:56:10 |
| 21 | would have been the corner where you would walk | 11:56:13 |
| 22 | around, turn right, onto 11th Street? | 11:56:17 |
| 23 | A.  Yes. | 11:56:23 |
| 24 | Q.  At the point that you heard the female | 11:56:23 |
| 25 | officer say to the four boys, "You are free to go," | 11:56:31 |

| | | |
|---|---|---|
| 1 | are you still standing in the same location that you | 11:56:34 |
| 2 | were in when you state that the male officer took | 11:56:38 |
| 3 | your cell phone? | 11:56:42 |
| 4 | A.  Yes, I believe so. | 11:56:45 |
| 5 | Q.  From that location were you able to see, | 11:56:46 |
| 6 | birds eye view, from where you were standing your | 11:56:51 |
| 7 | kids in the car in the parking lot? | 11:56:56 |
| 8 | A.  No. | 11:56:58 |
| 9 | Q.  And why weren't you able to?  Was there | 11:56:59 |
| 10 | something blocking your view? | 11:57:05 |
| 11 | A.  The parking lot is not directly across the | 11:57:07 |
| 12 | street (indicating). | 11:57:09 |
| 13 | Q.  It's further up the street? | 11:57:10 |
| 14 | A.  Well, it's behind the building that's | 11:57:13 |
| 15 | across the street. | 11:57:15 |
| 16 | Q.  So you weren't -- from your position, you | 11:57:16 |
| 17 | weren't able to see where your kids were in your | 11:57:18 |
| 18 | white Jetta; correct? | 11:57:22 |
| 19 | A.  Correct. | 11:57:24 |
| 20 | Q.  Okay.  At the point where the female | 11:57:24 |
| 21 | officer told the four boys they could go, you have | 11:57:32 |
| 22 | indicated the male officer came back? | 11:57:36 |
| 23 | A.  Yes. | 11:57:38 |
| 24 | Q.  And you don't know where he came from, | 11:57:39 |
| 25 | maybe from around the corner; correct? | 11:57:42 |

| | | |
|---|---|---|
| 1 | A.   Correct. | 11:57:45 |
| 2 | Q.   When he came back, what did you observe him | 11:57:46 |
| 3 | to do? | 11:57:50 |
| 4 | A.   He attacked me. | 11:57:52 |
| 5 | Q.   So he came back around the corner, the kids | 11:57:54 |
| 6 | are sitting on the curb still; correct? | 11:57:59 |
| 7 | A.   (Nods head.) | 11:58:05 |
| 8 | Q.   "Yes"? | 11:58:06 |
| 9 | A.   Yes. | 11:58:08 |
| 10 | Q.   And the female officer is still at the far | 11:58:09 |
| 11 | end of the kids on the sidewalk; correct? | 11:58:12 |
| 12 | A.   Correct. | 11:58:17 |
| 13 | Q.   And the male officer came up and attacked | 11:58:19 |
| 14 | you? | 11:58:22 |
| 15 | A.   Yes. | 11:58:23 |
| 16 | MS. ROHR:   Why don't we take a break. | 11:58:24 |
| 17 | THE VIDEOGRAPHER:   We're going off the | 11:58:27 |
| 18 | video record at 11:58 a.m. | 11:58:29 |
| 19 | (Recess taken from 11:58 to 12:19.) | 11:58:40 |
| 20 | THE VIDEOGRAPHER:   And we're back on the | 12:19:21 |
| 21 | video record beginning disk two at 12:19 p.m. | 12:19:56 |
| 22 | BY MS. ROHR: | 12:20:03 |
| 23 | Q.   When you were driving northbound on | 12:20:03 |
| 24 | 11th Street approaching Broadway, how fast were you | 12:20:07 |
| 25 | driving? | 12:20:10 |

| | | |
|---|---|---|
| 1 | BY MS. ROHR: | 12:26:48 |
| 2 | Q.  Was your back to the building? | 12:26:49 |
| 3 | A.  Building ... no. | 12:26:52 |
| 4 | Q.  What was behind you? | 12:26:56 |
| 5 | A.  The street, 11th Street.  I was probably | 12:27:01 |
| 6 | turned towards 11th Street.  I was trying -- I | 12:27:07 |
| 7 | wanted to get to my car, to my kids. | 12:27:10 |
| 8 | Q.  So your -- you were facing more towards | 12:27:15 |
| 9 | 11th? | 12:27:20 |
| 10 | A.  I was facing more towards, I guess, west, | 12:27:21 |
| 11 | towards the water.  I think. | 12:27:27 |
| 12 | Q.  Now, you indicated the male officer | 12:27:37 |
| 13 | attacked you.  Can you describe what you mean by | 12:27:40 |
| 14 | "attacked"? | 12:27:44 |
| 15 | A.  He pulled my arm behind my back and threw | 12:27:47 |
| 16 | me to the ground. | 12:27:55 |
| 17 | Q.  So when you were standing there in a | 12:27:55 |
| 18 | position more towards 11th, you've indicated, were | 12:28:00 |
| 19 | you standing with your arms to your side? | 12:28:04 |
| 20 | A.  Probably, I don't recall. | 12:28:11 |
| 21 | Q.  Were your hands in your -- the pockets of | 12:28:14 |
| 22 | your vest, your down vest? | 12:28:18 |
| 23 | A.  I don't believe so. | 12:28:22 |
| 24 | Q.  So you believe you were standing there with | 12:28:22 |
| 25 | your feet flat on the sidewalk and your arms down at | 12:28:25 |

| | |
|---|---|
| 1 | Q.  The left arm? | 12:31:19 |
| 2 | A.  Yes. | 12:31:20 |
| 3 | Q.  So you recall the first time he touched you | 12:31:21 |
| 4 | it was your left arm? | 12:31:25 |
| 5 | A.  I believe so, yes. | 12:31:27 |
| 6 | Q.  And where was he standing -- strike that. | 12:31:29 |
| 7 | Where was he located when he first touched | 12:31:33 |
| 8 | your left arm? | 12:31:36 |
| 9 | A.  I don't know what you mean. | 12:31:40 |
| 10 | Q.  Was the officer standing behind you when he | 12:31:42 |
| 11 | first touched your left arm? | 12:31:45 |
| 12 | A.  He may have been.  It was very quick. | 12:31:51 |
| 13 | Q.  Was the officer standing on your left side | 12:31:55 |
| 14 | when he first touched your left arm? | 12:31:58 |
| 15 | A.  I believe so. | 12:32:02 |
| 16 | Q.  Was the officer standing in front of you | 12:32:03 |
| 17 | when he first touched your left arm? | 12:32:06 |
| 18 | A.  He did come to the front of me, yes | 12:32:11 |
| 19 | (indicating). | 12:32:14 |
| 20 | Q.  And as he was coming to the front of you, | 12:32:15 |
| 21 | did he have contact with your left arm? | 12:32:20 |
| 22 | A.  Yes.  I ... | 12:32:22 |
| 23 | Q.  "Yes"? | 12:32:26 |
| 24 | A.  I believe so. | 12:32:26 |
| 25 | Q.  Where on your left arm did he make contact | 12:32:28 |

| | | |
|---|---|---|
| 1 | exactly sure where he ... I don't understand. | 12:33:50 |
| 2 | Q. Can you describe how the officer took your | 12:33:57 |
| 3 | left arm and put it behind your back? | 12:34:01 |
| 4 | A. How he did it? | 12:34:04 |
| 5 | Q. What did it (indicating)? | 12:34:06 |
| 6 | A. It went back (indicating) and then he threw | 12:34:08 |
| 7 | me to the ground. And then he was on top of my back | 12:34:14 |
| 8 | and I couldn't breathe. | 12:34:18 |
| 9 | Q. So after he took your left arm and put it | 12:34:21 |
| 10 | behind your back, you said he then took you to the | 12:34:25 |
| 11 | ground? | 12:34:31 |
| 12 | A. Yes. | 12:34:33 |
| 13 | Q. Was that a forward motion? | 12:34:35 |
| 14 | A. Yes. | 12:34:38 |
| 15 | Q. And at -- during the point that the officer | 12:34:42 |
| 16 | takes a hold of your -- the male officer takes a | 12:34:50 |
| 17 | hold of your left wrist, where was the female | 12:34:54 |
| 18 | officer? | 12:34:59 |
| 19 | A. She was where she'd been the whole time. | 12:35:02 |
| 20 | Q. On the sidewalk? | 12:35:06 |
| 21 | A. Yes. | 12:35:07 |
| 22 | Q. About how many feet away from you? | 12:35:08 |
| 23 | A. I don't know, at least eight feet or so. | 12:35:17 |
| 24 | Q. At the point that the male officer put your | 12:35:21 |
| 25 | left arm behind your back, was the female officer | 12:35:27 |

| | |
|---|---|
| 1 | still approximately eight feet away? | 12:35:32 |
| 2 | A.   I don't know. | 12:35:35 |
| 3 | Q.   Did you see her approach? | 12:35:36 |
| 4 | A.   No. | 12:35:40 |
| 5 | Q.   Did you see her leave the location that you | 12:35:41 |
| 6 | had previously seen her -- | 12:35:45 |
| 7 | A.   No. | 12:35:46 |
| 8 | Q.   -- eight feet away? | 12:35:47 |
| 9 | A.   No. | 12:35:49 |
| 10 | Q.   Then after your arm was behind your back | 12:35:52 |
| 11 | when you went forward to the ground, did you know | 12:35:54 |
| 12 | where the female officer was? | 12:36:00 |
| 13 | A.   No. | 12:36:02 |
| 14 | Q.   When you are on the ground, you said you | 12:36:06 |
| 15 | felt something on your back? | 12:36:11 |
| 16 | A.   Yes, the officer was on my back pressing | 12:36:14 |
| 17 | down. | 12:36:22 |
| 18 | Q.   Where on your back? | 12:36:23 |
| 19 | A.   I felt the most pressure here (indicating). | 12:36:25 |
| 20 | Q.   If you can describe where "here" is for the | 12:36:28 |
| 21 | record.   We have a written record. | 12:36:30 |
| 22 | A.   (Indicating.) | 12:36:35 |
| 23 | Close to my upper back, I suppose. | 12:36:38 |
| 24 | Q.   If you can turn around, you can put it on | 12:36:42 |
| 25 | the camera. | 12:36:45 |

| | |
|---|---|
| 1 | having a hard time hearing you when you're looking | 12:42:12 |
| 2 | at me, the court reporter is probably having a hard | 12:42:15 |
| 3 | time hearing you. | 12:42:18 |
| 4 | A.   I don't recall if he handcuffed me while I | 12:42:22 |
| 5 | was on the ground or when I was standing up. | 12:42:25 |
| 6 | Q.   On the day of the incident, how much did | 12:42:38 |
| 7 | you weigh? | 12:42:41 |
| 8 | A.   I don't know. | 12:42:43 |
| 9 | Q.   Approximately. | 12:42:43 |
| 10 | A.   About one-twenty-five, one-twenty -- I | 12:42:44 |
| 11 | don't know.  One-twenty-eight.  I don't know. | 12:42:53 |
| 12 | Q.   And how tall are you? | 12:42:55 |
| 13 | A.   I'm five-five. | 12:42:58 |
| 14 | Q.   When you made contact with the ground, | 12:43:05 |
| 15 | where were the four teenagers? | 12:43:11 |
| 16 | A.   I don't know. | 12:43:16 |
| 17 | Q.   When you were standing, saying and doing | 12:43:29 |
| 18 | nothing before the point in time that you maintain | 12:43:32 |
| 19 | the officer attacked you, were the four teenage boys | 12:43:36 |
| 20 | still sitting on the curb on Broadway facing | 12:43:44 |
| 21 | Broadway? | 12:43:47 |
| 22 | A.   They left at a certain point, I'm not | 12:43:49 |
| 23 | exactly sure when. | 12:43:53 |
| 24 | Q.   Earlier I believe I asked you if after you | 12:43:59 |
| 25 | heard Officer Lopez say they are free to go -- I | 12:44:02 |

```
 1    STATE OF CALIFORNIA    )
                             )  ss
 2    COUNTY OF LOS ANGELES  )

 3            I, c. jane harman, CSR No. 5266, in and

 4    for the State of California do hereby certify:

 5            That, prior to being examined, the

 6    witness named in the foregoing deposition was by me

 7    duly sworn to testify the truth, the whole truth,

 8    and nothing but the truth;

 9            That said deposition was taken down by me

10    in shorthand at the time and place therein named,

11    and thereafter reduced to typewritten form

12    direction, and the same is a true, correct and

13    complete transcript of said proceedings.

14            Before completion of the deposition,

15    review of transcript [✓] was [ ] was not requested.

16    If requested, any changes made by the deponent (and

17    provided to the reporter) during the period allowed

18    are appended hereto.

19            I further certify that I am not

20    interested in the event of the action.

21            WITNESS MY HAND this 14TH day of

22    SEPTEMBER, 2015.

23
                    C. jane harman
24    _____

25            c. jane harman, CSR No. 5266
```